FILED by TB D.C.

Jun 18, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-20459-CR-COOKE/TORRES**
**18 U.S.C. § 242**
**18 U.S.C. § 1512(b)(3)**

UNITED STATES OF AMERICA )
)
)
v. )
)
WILLIAM KOSTOPOULOS, )
)
)
Defendant. )
)

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant **WILLIAM KOSTOPOULOS** was employed as a Miami-Dade Police Department officer.

2. N.C. was a civilian living in Homestead, FL, in the Southern District of Florida.

3. H.G. was a civilian living in Homestead, FL, in the Southern District of Florida.

4. S.G. was a civilian living in Homestead, FL, in the Southern District of Florida.

## COUNT ONE

(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 2 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2. On or about March 15, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM KOSTOPOULOS,**

while acting under color of law, stole N.C.'s money and property during a traffic stop, willfully depriving N.C. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures by one acting under color of law, in violation of Title 18, United States Code, Section 242.

## COUNT TWO

(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 3 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2. On or about September 13, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM KOSTOPOULOS,**

while acting under color of law, stole H.G.'s money during a traffic stop, willfully depriving H.G. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures by one acting under color of law, in violation of Title 18, United States Code, Section 242.

## COUNT THREE

(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 4 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2. On or about October 11, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM KOSTOPOULOS,**

while acting under color of law, stole S.G.'s money during a traffic stop, willfully depriving S.G. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures by one acting under color of law, in violation of Title 18, United States Code, Section 242.

**COUNT FOUR**
(Tampering With a Witness: 18 U.S.C. § 1512(b)(3))

1. Paragraphs 1 and 4 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2. On or about October 12, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM KOSTOPOULOS,**

knowingly engaged in misleading conduct toward another person, and attempted to do so, with intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a federal offense in the Southern District of Florida, specifically, the offense of Deprivation of Rights Under Color of Law, as alleged in Counts One through Three. Specifically, the defendant made the following false and misleading statements to Homestead Police Department detectives:

(1) that on or about October 11, 2013, while conducting the traffic stop of S.G., defendant **WILLIAM KOSTOPOULOS** did not take any money belonging to S.G.; and

(2) that on or about October 11, 2013, while conducting the traffic stop of S.G., defendant **WILLIAM KOSTOPOULOS** did not see anyone running towards him screaming.

In truth and in fact, as the defendant well knew:

(1) defendant **WILLIAM KOSTOPOULOS** took S.G.'s money while conducting the traffic stop of S.G.; and

(2) an eyewitnesses interrupted defendant **WILLIAM KOSTOPOULOS**'s traffic stop of S.G. by running toward defendant **WILLIAM KOSTOPOLOUS** and screaming, and caused defendant KOSTOPOULOS to flee the scene of S.G.'s traffic stop.

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

, Chief, Crim Div.
WIFREDO A. FERRER
UNITED STATES ATTORNEY

VANITA GUPTA
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

GERARD V. HOGAN
SPECIAL LITIGATION COUNSEL

By:
TONYA LONG
ASSISTANT U.S. ATTORNEY

SAMANTHA TREPEL
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

**vs.**

**WILLIAM KOSTOPOULOS,**
**Defendant.**
_______________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ______________

4. This case will take _6-7_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | X | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: Case No. ______________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _No_
If yes:

Magistrate Case No. ______________
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of ______________
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

______________________
TONYA R. LONG
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501902

*Penalty Sheet(s) attached

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: WILLIAM KOSTOPOULOS

**Case No**: ______________________________

Counts #: 1-3

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

* **Max.Penalty**: 1 Year Imprisonment

Count #: 4

Tampering With a Witness

Title 18, United States Code, Sections 1512(b)(3)

* **Max.Penalty**: 20 Years' Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**