A.

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

STATE OF FLORIDA )
) SS **UNDER SEAL**
COUNTY OF MIAMI-DADE)

**SEARCH WARRANT**

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR:

The Director of the Miami-Dade Police Department, who is also known as the Sheriff of Miami-Dade County, Florida, or his Deputies, the Commissioner of the Florida Department of Law Enforcement, or any of his duly constituted agents, and the Chief of Police for the City of Homestead Police Department, or any of his duly qualified officers, and all Investigators of the State Attorney of the Eleventh Judicial Circuit of Florida, Miami-Dade County, Florida, Miami-Dade County, Florida all members of the Miami Electronic Crimes Task Force include the United States Secret Service and the Federal Bureau of Investigation with proper and necessary assistance.

Affidavit having been made before me by Detective David Mata of the Homestead Police Department that he has probable cause to believe and does believe that evidence of a felony crime is located at the below described premises, which are located in Miami-Dade County, Florida, and hereinafter referred to as "The Premises."

**DESCRIPTION OF PREMISES TO BE SEARCHED**

The following items impounded under Homestead police case number 131011-0036 after execution of a search warrant on October 14, 2013 and are currently stored at the Homestead Police Department, 4 South Krome Ave. Homestead, Florida 33035:

1. Cellular telephone- Red Samsung Cell Phone, Model # SCH-R350, SR# A000001E75A5F3, Metro PCS.

2. Cellular telephone- Black Samsung Cell Phone, Model # SCH-R350, SR# A000001DCAD0A3, Metro PCS.

**STATUTE(S) BEING VIOLATED**

F.S.S. § 812.13(2)(A) Robbery with a Firearm

**GROUNDS FOR ISSUANCE**

The facts upon which the Affiant's belief is based have been stated under oath and are set out in Affiant's AFFIDAVIT FOR SEARCH WARRANT. These facts are now incorporated herein and made a part of this SEARCH WARRANT.

NOW THEREFORE, the facts upon which the belief of said Affiant is based as set out in said AFFIDAVIT FOR SEARCH WARRANT are hereby deemed sufficient to show probable cause for the issuance of a Search Warrant in accordance with the application of said Affiant. And as I am satisfied that there is probable cause to believe that "The Property" described below is being concealed and stored at "The Premises" above-described, I find probable cause for the issuance of this Search Warrant.

**PROPERTY SOUGHT**

This Court authorizes the officers, agents and investigators of the above referenced agencies to seize the below-described evidence and to conduct a forensic search and preserve as evidence any of the listed items that may be in electronic or digital format:

1. Cellular telephone- Black Samsung Cell Phone, Model # SCH-R350, SR# A000001DCAD0A3, Metro PCS, impounded under Homestead police case number 131011-0036.

2. Cellular telephone- Black Samsung Cell Phone, Model # SCH-R350, SR# A000001DCAD0A3, Metro PCS impounded under Homestead police case number 131011-0036.

3. Telephone number assigned to the above referenced telephone.

4. Any and all telephone numbers of outgoing telephone calls or incoming telephone calls including but not limited to October 14, 2013, the date of the execution of the search warrant, in order to identify other the owner of the Premises.

5. Any and all electronic address books, contact lists, telephone number lists, buddy lists, or any other software program used for the electronic compilation of contact information, so that a comparison can be made with any telephone numbers found pursuant to paragraph four above, with numbers already stored in the user's contact list in an effort to identify the owner of the Premises.

6. Any and all data, metadata, records, documents, digital photographs, electronic communications, and registry files tending to show ownership and/or dominion and/or control over the above referenced telephone.

The items detailed in the paragraphs one (1) through six (6) are hereinafter referred to as "The Property."

**YOU ARE HEREBY COMMANDED** to enter and search forthwith "The Premises" for "The Property" above-described, and all spaces therein, for "The Property" above-described, making the search in the Daytime or the Nighttime, as the exigencies may demand or require, or on Sunday, with the proper and necessary assistance, within ten (10) days from the date of issuance as required by law.

WITNESS MY HAND and seal this 30th day of Oct., 2013 at 5:02 AM/PM.

JUDGE OF THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA