**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 15-20459-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

Vs.

WILLIAM KOSTOPOULOS,

Defendant.

______________________________________/

**ORDER ON MOTION TO SUPPRESS**

THIS CAUSE came before the Court on March 31, 2016 for a hearing on the Defendant's *Motion to Suppress (ECF No.26)*. With a hearing being held and for reasons stated in open court, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** in open court at the United States District Courthouse in Miami- Dade County, Florida this 4th day of April 2016.

Marcia G. Cooke

MARCIA G. COOKE
United States District Judge