# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 15-20459-CR-COOKE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Miami, Florida |
| -v- | ) | October 19, 2016 |
| | ) | Pages: 1-29 |
| **WILLIAM KOSTOPOULOS,** | ) | |
| | ) | |
| Defendant. | ) | |

**EXCERPT FROM MOTION HEARING**
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the United States

**EDWARD N. STAMM, AUSA**
**TONYA R. LONG, AUSA**
United States Attorney's Office
99 Northeast Fourth Street
Miami, Florida 33132
305.961.9164
edward.stamm@usdoj.gov
tonya.long@usdoj.gov

**SAMANTHA K. TREPEL, ESQUIRE**
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
202.305.3204
samantha.trepel@usdoj.gov

For the Defendant

**JOEL KAPLAN, ESQUIRE**
100 North Biscayne Boulevard
Suite 2100
Miami, Florida 33132
305.374.2111
joelkaplanlaw@gmail.com

APPEARANCES CONTINUED:

| | |
|---|---|
| For the Defendant | **LISA H. COLON, ESQUIRE**<br>100 North Biscayne Boulevard<br>Suite 1300<br>Miami, Florida 33132<br>305.514.9275<br>lisahcolonpa@gmail.com |
| STENOGRAPHICALLY REPORTED BY: | **TAMRA K. PIDERIT, RDR, CRR**<br>Official Court Reporter to the<br>Honorable Marcia G. Cooke<br>400 North Miami Avenue, Suite 11S03<br>Miami, Florida 33128<br>305.523.5158<br>tamra_piderit@flsd.uscourts.gov |

be without a roof over your head, you are going to be --

**THE COURT:** Could the motive also be I'm sick and tired of 34 times 12?

MS. COLON: I don't think that rises. That doesn't cross the bar.

**THE COURT:** I said it may be more than the one 34. Maybe there is two 34s this month or one 34.

Here is my Solomonic version for the day. Mr. Stamm, granted in part, denied in part. You don't get 13 months. You get, and I think you best said it, it would be that period beginning in August prior to the 2013 that shows what the month was like prior to the first offense, and then you get to November, so what the month was like afterwards. I don't think it gives the jury too much where they have the idea of thinking, okay, what was he doing the other nine months. This is the window of opportunity in which he acted, and it's the window of opportunity that I will allow the Government to submit evidence.

To the defense.

MR. STAMM: That's the F2 series, Your Honor?

**THE COURT:** Right.

MR. STAMM: July 27th first statement date ending November 27th.

**THE COURT:** What's the date beginning?

MR. STAMM: July 27th is when the statement period

begins.

**THE COURT:** So you have July 27, 2013, to November --

MR. STAMM: 27th is the end date.

**THE COURT:** -- 27th of 2013. The Government can use those records.

Here to the defense.

MS. COLON: Yes, ma'am.

**THE COURT:** As you know, Mr. Stamm is pretty quick at this. Don't open the door, because he will want to drive his other nine-month truck right through it.

MS. COLON: We had no intention to.

**THE COURT:** I understand. That's the caution. I'm letting you know that if it comes to that point, and if I agree with Mr. Stamm that the barn door has opened financially, I will let him continue to open the door.

So let's go to the next one. So that takes care of, I believe, docket entry 72. And the response is 84, correct?

MR. STAMM: And I think 86, then, was the reply.

**THE COURT:** So 72, 84, and 86.

In essence, you didn't submit it as a motion, though, Mr. Stamm.

MR. STAMM: What we had was there had been these motions, and at that last hearing a couple hearings back, I think, we agreed we would submit it for the Court to view the defense, and it kind of turned into submission and then a motion

kind of and a response.

**THE COURT:** So it's not a motion in limine. I'm going to treat it as such.

MR. STAMM: Okay.

**THE COURT:** So you understand what my ruling is?

MR. STAMM: Yes, Your Honor.

**THE COURT:** I don't know whether it gets a gavel or not. Ivan will tell me about that later.

(Thereupon, the requested excerpt was concluded.)

* * * * *

**C E R T I F I C A T E**

I, Tamra K. Piderit, Certified Realtime Reporter and Registered Diplomate Reporter, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated this 24th day of January, 2017.

/s/ ***Tamra K. Piderit***

Certified Realtime Reporter
Registered Diplomate Reporter