UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-20459-CR-COOKE**

**UNITED STATES OF AMERICA,**

Plaintiff,

VS.

**WILLIAM KOSTOPOULOS,**

Defendant.
_______________________________/

**QUESTION/NOTES FROM THE JURY TO THE COURT**

We need Hugo Gomez TESTIMONY
ON THE STAND

Date: 2/2/17
Time: 4P.M.

_______________________________
**FOREPERSON**