UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20459-CR-COOKE/TORRES

UNITED STATES OF AMERICA

v.

WILLIAM KOSTOPOULOS,

**Defendant.**
_____/

**UNITED STATES OF AMERICA'S ADMITTED EXHIBITS**

The United States, by and through its undersigned counsel, hereby submits the following exhibits that were admitted during trial:

| EXH. NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Google Map – Area Surrounding Mowry Ave. and Krome Ave. Homestead | 1 |
| 2 | Photograph – Ford Taurus on scene of stop – rear view (US000074) | 2 |
| 3 | Photograph – Ford Taurus on scene of stop – rear view (US000075) | 3 |
| 4 | Photograph – Ford Taurus license plate (US000076) | 4 |
| 5 | Google Street View: Lilo's Market, Mowry Dr., Homestead, FL – view one | 5 |
| 6 | Google Street View: Lilo's Market, Mowry Dr., Homestead, FL – view two | 6 |
| 7 | Line up shown to Hugo Gomez 12-24-2013 | 7 |
| 8 | Deferred Action Letters – Hugo Gomez – 2014, 2015, 2016 | 8 |
| 9 | Google Street View: Lucky Meat II, Mowry Dr., Homestead, FL | 11 |
| 10 | Deferred Action Letters – Romeo Aguilar – 2014, 2015, 2016 | 12 |
| 11 | Photograph – Isuzu at NW 4th St. (US000100) | 15 |
| 12 | Photograph – Isuzu license plate (US0000101) | 16 |
| 13 | Deferred Action Letters – Santiago Garcia – 2014, 2015, 2016 | 17 |
| 14 | Deferred Action Letters – Luisa Bravo – 2014, 2015, 2016 | 20 |
| 16 | Photograph – Ford Taurus on scene of stop (US000069) | 23 |
| 17 | Photograph – Ford Taurus on scene of stop (US000071) | 24 |

| EXH. NO. | DESCRIPTION | PAGE |
|---|---|---|
| 18 | Photograph – Ford Taurus windshield lights (US000072) | 25 |
| 20a-f | Defendant's Interview Transcript – excerpts | 26 |
| 21 | Photograph – front view of Ford Taurus (US000003) | 49 |
| 22 | Photograph – windshield lights of Ford Taurus (US00004) | 50 |
| 23 | Photograph – back of Ford Taurus (US00005) | 51 |
| 24 | Photograph – Taurus windshield lights (US000010) | 52 |
| 25 | Photograph – Taurus interior and police radio (US000016) | 53 |
| 26 | Photograph – Taurus front seat interior (US000018) | 54 |
| 27 | Photograph – Taurus front seat interior (US000024) | 55 |
| 28 | Photograph – Taurus interior of trunk (US000029) | 56 |
| 29 | Photograph – gun in Taurus trunk (US000031) | 57 |
| 30 | Photograph – gun (US000042) | 58 |
| 31 | Photograph – computer found in Taurus (US000049) | 59 |
| 32 | Photograph – bottom of computer found in Taurus (US000050) | 60 |
| 33 | Auto Theft Worksheet 09-09-2013 to 09-13-2013 (US000046-47) | 61 |
| 34 | Auto Theft Worksheet 10-07-2013 to 10-11-2013 (US000058-59) | 63 |
| 35 | MDPD Dispatch Report by Badge Number for Badge 4655 for 09-13-2013 and 10 -11-2013 (CDW printouts for Badge 4655) | 65 |
| 36 | William Kostopoulos Employee Vehicle Information (2 pages) | 69 |
| 38 | William Kostopoulos Chase Bank Statements (July 26, 2013 – November 27, 2013) | 71 |
| 39a-e | Summary Spreadsheets & Charts based on William Kostopoulos Chase Bank Statements (July 26, 2013 – November 27, 2013) | 97 |
| 57 | Photograph – Piece of paper | 126 |

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:    *s/ Edward N. Stamm*
        Edward N. Stamm (Fl. Bar No. 373826)
        Assistant United States Attorney
        United States Attorney's Office
        Southern District of Florida
        99 NE 4th Street
        Miami, FL  33132
        Tel: (305) 961-9164
        edward.stamm@usdoj.gov

        *s/ Tonya R. Long*
        TONYA R. LONG
        Court ID No. A5501902
        Assistant United States Attorney
        United States Attorney's Office
        Southern District of Florida
        99 NE 4th Street
        Miami, FL  33132
        Tel: (305) 961-9112
        Fax: (305) 530-7976
        tonya.long@usdoj.gov

        *s/ Samantha Trepel*
        SAMANTHA TREPEL
        Court ID No. A5501689
        Trial Attorney, Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW, PHB
        Washington, DC  20530
        Tel: (202) 305-3204
        Fax: (202) 514-8336
        samantha.trepel@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                     */s/ Tonya R. Long*
                                                     Tonya R. Long
                                                     Assistant United States Attorney