

GOVERNMENT
EXHIBIT

CASE
NO.    15-CR-20459-MGC

EXHIBIT    01
NO.



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT   02
NO.



GOVERNMENT
EXHIBIT

CASE
NO.    15-CR-20459-MGC

EXHIBIT    03
NO.







AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT   06
NO.

AO386-C
**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT
NO.   **07**

Page 1 of 1

*Photographic Line-Up*

# HOMESTEAD PD



### SHOWING PHOTO DISPLAY:

**Before conducting the photo line-up, the following should be read to each witness**

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards, and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person -- it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs. When you have looked at all the photos, tell me whether you see the person who committed the crime. Do not tell other witnesses that you have or have not identified anyone."

Identification made :   ☒ YES   ☐ NO        Photo selected :   # _____1_____

Date of Identification :   12/24/13        Initialed by the witness : _____

US-007475



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172

# Homeland Security

⌐OCT 1 4 2014
**Grant: Deferred Action**
Hugo GOMEZ Perez
A#

Dear Mr. GOMEZ Perez:

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending *OCT 0 9 2015* . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.** ); and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Alysa D. Erichs
Special Agent in Charge



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 15-CR-20459-MGC

EXHIBIT NO. 08



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172

**Grant: Deferred Action**
**GOMEZ-Perez, Hugo I. –** ███████████

Dear Mr. Gomez,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 0 9 2016 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Robert C. Hutchinson   *10/28/15*
Acting Special Agent in Charge

US-007479



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

11226 NW 20th Street
Miami, FL 33172

**U.S. Immigration
and Customs
Enforcement**

**Grant: Deferred Action Extension**
**GOMEZ Perez, Hugo I. -**

Dear Mr. Gomez,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending
OCT 1 8 2017. Please note that this action does not include permission for travel outside the United
States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation
of the reasons for which this grant of deferred action was approved and your financial ability to support
continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative
convenience to the government that authorized you to remain in the United States; it does NOT grant
you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect
in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions
change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded
from placing you into removal proceedings before an immigration judge or executing any order of
removal that may have been previously issued by an immigration judge; **(4) you are required to obey
federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States,
it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance
with the provisions of 18 USC 922(g.)**; and, (6) you may apply for *(submission of form I-765 in
accordance with established US Citizenship and Immigration Services procedure)* and be granted work
authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be included in your appropriate government records.

Sincerely,

Mark Selby
Special Agent in Charge

US-007329



LUCKY MEAT II

NW 3rd Ave

Google

AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.    15-CR-20459-MGC

EXHIBIT    09
NO.

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172



# Homeland Security

[OCT 1 4 2014

**Grant: Deferred Action**
**Romeo AGUILAR-Aguilar**
A#▮▮▮▮▮

Dear Mr. AGUILAR-Aguilar:

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 0 9 2015. Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g**. **);** and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Alysa D. Erichs
Special Agent in Charge



AO386-C
**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT   10
NO.

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

11226 NW 20th Street
Miami, FL 33172

 **U.S. Immigration
and Customs
Enforcement**

**Grant: Deferred Action Extension**
**AGUILAR Aguilar, Romeo -**

Dear Mr. Aguilar,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 1 9 2017. Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be included in your appropriate government records.

Sincerely,

Mark Selby
Special Agent in Charge

US-007332



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172

**Grant: Deferred Action**
**Romeo AGUILAR-Aguilar -** ███████████

Dear Mr. Aguilar,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 09 2016 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following:  (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Robert C. Hutchinson   10/28/15
Acting Special Agent in Charge



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT   11
NO.



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   15-CR-20459-MGC

EXHIBIT NO.   **12**

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20ᵗʰ Street
Miami, FL 33172



# Homeland
# Security

OCT 1 4 2014

**Grant: Deferred Action**
Santiago GARCIA-Domingo
A#

Dear Mr. GARCIA-Domingo:

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 0 9 2015 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g**.**); and, (6) you may apply for (***submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure***) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Alysa D. Erichs
Special Agent in Charge



AO386-C
**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT 13
NO.

US005268



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172

**Grant: Deferred Action**
**Santiago GARCIA Domingo –** ▮▮▮▮▮▮

Dear Mr. Garcia,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 0 9 2016 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following:  (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Robert C. Hutchinson    *10/05/15*
Acting Special Agent in Charge

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

11226 NW 20th Street
Miami, FL 33172



**U.S. Immigration
and Customs
Enforcement**

**Grant: Deferred Action Extension**
**GARCIA Domingo, Santiago -**

Dear Mr. Garcia,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 1 7 2017. Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for *(submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure)* and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be included in your appropriate government records.

Sincerely,

Mark Selby
Special Agent in Charge



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

U.S. Department of Homeland Security
11226 NW 20th Street
Miami, FL 33172

Homeland
Security

.OCT 1 4 2014

**Grant: Deferred Action**
**Luisa BRAVO-Perez**
A#

Dear Ms. **BRAVO-Perez**:

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 0 9 2015 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g. )**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Alysa D. Erichs
Special Agent in Charge

AO386-C
**GOVERNMENT**
**EXHIBIT**

CASE
NO.    15-CR-20459-MGC

EXHIBIT **14**
NO.

US005214



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
11226 NW 20th Street
Miami, FL 33172

**Grant: Deferred Action**
**Luisa BRAVO-Perez —** ███████████

Dear Ms. Bravo,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 09 2016 . Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be enclosed in your appropriate government records.

Sincerely,

Robert C. Hutchinson  *10/28/15*
Acting Special Agent in Charge

US-007478

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

11226 NW 20th Street
Miami, FL 33172

 **U.S. Immigration
and Customs
Enforcement**

**Grant: Deferred Action Extension**
**BRAVO Perez, Luisa -** █████████

Dear Ms. Bravo,

This is to advise you that Deferred Action in your case has been granted for a period of one-year ending OCT 19 2017. Please note that this action does not include permission for travel outside the United States and such travel during this period would result in the automatic termination of this grant.

Consideration of any request for extension will be evaluated on many factors, including the continuation of the reasons for which this grant of deferred action was approved and your financial ability to support continued stay in the United States without public assistance.

Please be reminded of the following: (1) deferred action is an act of discretion and administrative convenience to the government that authorized you to remain in the United States; it does NOT grant you an immigration status; (2) under no circumstances does "Deferred Action" operate to cure any defect in status under any section of the Immigration and Nationality Act for any purpose; (3) if conditions change, U.S. Immigration and Customs Enforcement, Homeland Security Investigations is not precluded from placing you into removal proceedings before an immigration judge or executing any order of removal that may have been previously issued by an immigration judge; **(4) you are required to obey federal, state, and local law; (5) as you remain an alien illegally or unlawfully in the United States, it is unlawful for you to purchase, possess, or carry a firearm in the United States in accordance with the provisions of 18 USC 922(g.)**; and, (6) you may apply for (*submission of form I-765 in accordance with established US Citizenship and Immigration Services procedure*) and be granted work authorization pursuant to 8 CFR 274a.12(c)(14);

The approved request for 'Deferred Action' will be included in your appropriate government records.

Sincerely,

Mark Selby
Special Agent in Charge



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   15-CR-20459-MGC

EXHIBIT NO.   **16**



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   15-CR-20459-MGC

EXHIBIT NO.   **17**



A0386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   15-CR-20459-MGC

EXHIBIT   **18**
NO.